UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RASHEED JOSEPH,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **EXPERIAN, et al.,** ) <br> ) <br> **Defendants.** ) <br> ) <br> ) | **Civil Action No.** <br> **25-11032-FDS** |

## ORDER

**SAYLOR, J.**

      Rasheed Joseph, who is proceeding *pro se*, has brought this action against three consumer credit reporting agencies under the Fair Credit Act ("FCRA"), 15 U.S.C. § 1681 *et seq*. On January 7, 2026, the Court issued an order in which it granted plaintiff's motion for leave to proceed *in forma pauperis* and, reviewing the complaint pursuant to 28 U.S.C. § 1915(e)(2), concluded that the complaint failed to state a claim upon which relief can be granted. According to plaintiff's allegations, the defendants had complied with FCRA by investigating plaintiff's reports of inaccurate information on his credit reports and correcting the information. The Court directed plaintiff to show cause why the action should not be dismissed on that basis.

      On January 22, 2026, plaintiff submitted a response to the show-cause order in which he alleges that, as shown by an Experian credit report dated January 20, 2026, "inaccurate and unlawful reporting continues despite Plaintiff's prior disputes." (Doc. No. 9 at 1). The Court at this stage must accept those allegations, which are plausible, as true, and accordingly finds that that plaintiff has shown good cause why this action should not be dismissed.

If plaintiff wishes to pursue this action, he must submit an amended complaint. The amended complaint will entirely supersede the original complaint. Plaintiff must include in the amended complaint all allegations that he wishes to be part of the operative complaint. The Court will review the sufficiency of the amended complaint without reference to the original complaint or plaintiff's show-cause response.

Plaintiff must file the amended complaint within 21 days of the date of this order (that is, by February 13, 2026). Failure to do so will result in dismissal of this action.

**So ordered.**

Dated: January 23, 2026

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
United States District Judge